**Filed**

DEC 0 5 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>Plaintiff,<br><br>v.<br><br>S. HATTON, ET AL.,<br><br>Defendants. | Case No. C 11-3900 EJD (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

Defendants Biagini, Hatton, Mantel, Ambriz, and Evans requested a twenty-four day extension of time, up to and including December 20, 2013, to file their reply to Plaintiff's opposition to Defendants' motions to dismiss.[1]

The Court has read and considered Defendants' request, and good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and including December 20, 2013, to file their reply brief is GRANTED.

Dated: 12/4/13

The Honorable Edward J. Davila
United States District Judge

---

[1] Defendants intend to combine their replies to Plaintiff's oppositions to Defendant Biagini motion to dismiss, and the other Defendants' motion to dismiss, into one document.

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>    Plaintiff,<br><br>v.<br><br>S. HATTON, et al.,<br><br>    Defendants.<br>_____/ | Case Number CV 11-3900 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____12/05/13_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Richard J. Crane**
C-44519
State Prison at Corcoran
P.O. Box 5242
Corcoran, CA 93212

DATED: _____12/05/13_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk