Filed
DEC 0 5 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG LUBISCH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | No. C 13-05045 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On October 29, 2013, Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, and an In Forma Pauperis ("IFP") Application. On the same day, Plaintiff was notified that his IFP application was deficient because it lacked the following documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official; and (2) a copy of Plaintiff's trust account statement showing transactions for the last six months. (Docket No. 6.) On November 8, 2013, Plaintiff filed a second IFP application. (Docket No. 7.) Plaintiff's IFP application includes a copy of his trust account statement showing transactions for the last six months, but is missing a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official.

Order Granting EOT to file IFP App.
G:\PRO-SE\EJD\CR.13\05045Lubisch-eot-ifp.wpd

In the interest of justice, Plaintiff is granted an extension of time to file the missing document to complete the IFP application. Plaintiff must file the necessary document **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Plaintiff may pay the filing fee in the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee in the time provided will result in the dismissal of this action without further notice to Plaintiff.**

DATED: 12/4/13

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREG LUBISCH,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.

Case Number CV 13-05045 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/05/13, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Greg Lubisch**
J-2674079
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

DATED: 12/05/13

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk