IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG LUBISCH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendants. | No. C 13-05045 EJD (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND; DENYING MOTION FOR SERVICE OF COMPLAINT; DENYING MOTION FOR TRIAL<br><br><br>(Docket Nos. 2 & 12) |

On October 29, 2013, Plaintiff, who appears to be a pretrial detainee in the County of San Francisco, filed a civil rights action under 42 U.S.C. § 1983, by filing a two page document consisting of two paragraphs. He claims that he was "physically assaulted," "illegally jailed," and "[f]orced through Napa State Hospital on false Penal Code 1370 proceedings from 1/11/12 - 10/16/12. No trial. False criminal proceedings for second time." (Docket No. 1 at 1.) However, Plaintiff provides insufficient facts, *e.g.*, name of defendants, date of the alleged assault, and underlying criminal charges, to support these vague and general allegations. Furthermore, the complaint is deficient because the complaint fails to provide information regarding the exhaustion of administrative remedies. Accordingly, this

Order of Dismissal with Leave to Amend
P:\PRO-SE\EJD\CR.13\05045Lubisch_dwlta.wpd

Court has no choice but to dismiss the complaint with leave to amend.[1]

Plaintiff's motion for service of the complaint, (Docket No. 2), and motion for trial, (Docket No. 12), are DENIED as premature.

Plaintiff is advised that to state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law.  See West v. Atkins, 487 U.S. 42, 48 (1988).  Plaintiff must identify defendants by name and state how each individual defendant violated a specific federal right.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

The complaint is DISMISSED with leave to amend.  Within **twenty-eight (28) days** of the date this order is filed, Plaintiff shall file an amended complaint. The amended complaint must include the caption and civil case number used in this order and the words "AMENDED COMPLAINT" on the first page and write in the case number for this action, Case No. C 13-05045 EJD (PR).  If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed.

**Failure to respond in accordance with this order by filing an amended complaint will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

The Clerk shall include two copies of the court's complaint with a copy of this order to Plaintiff.

///

---

[1] Exhaustion is mandatory and no longer left to the discretion of the district court.  Woodford v. Ngo, 548 U.S. 81, 84 (2006) (citing Booth v. Churner, 532 U.S. 731, 739 (2001)).

Order of Dismissal with Leave to Amend
P:\PRO-SE\EJD\CR.13\05045Lubisch_dwlta.wpd      2

This order terminates Docket Nos. 2 and 12.

DATED: 4/9/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GREG LUBISCH,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendants.
                                  /

Case Number: CV13-05045 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  4/10/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Greg Lubisch J-12674079
Hall of Justice
850 Bryant Street, 7th Floor
San Francisco, CA 94103


Dated:  4/10/2014

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk